# UNITED STATES DISTRICT COURT

Eastern District of Washington
Post Office Box 2726
Yakima, Washington 98907

**LONNY R. SUKO**
*United States District Judge*

*(509) 573-6650*

June 23, 2006

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C.  20544

Re:  **Amended** Financial Disclosure Report for Period Ending
     12/31/05

Dear Members of the Committee:

Pursuant to the earlier letter from the Hon. Ortrie D. Smith, I
enclose herewith an original and three copies of my amended
Financial Disclosure Report for Calendar Year 2005.  Because the
original report was intended to list all stocks, whether exempt
or not, I have followed through with that format to avoid
confusion.  As a practical matter, a number of the stocks listed
in Part VII are technically exempt from disclosure but have been
included for ease of reference and consistency.

                              Very truly yours,

                              Lonny R. Suko
                              United States District Judge

enclosures

RECEIVED
2006 JUN 28 A 10: 18
FINANCIAL DISCLOSURE OFFICE

AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Suko, Lonny R | U.S. District Court, EDWA | 6/22/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final | 01/01/2005 to 12/31/2005 |

5b. ☒ Amended Report

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. District Court P.O. Box 2726 Yakima, WA 98907-2726 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Advisory Council Member (non-compensated) | College of Liberal Arts, Washington State University; beginning 9/00 |
| 2. Trustee (non-compensated) | Washington Education Foundation (non-profit organization); beginning approximately 11/01/01. |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 JUN 28 A 10: 18 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2005 | Part-time self employment as guardian ad litem |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Washington Education Foundation | Lodging and meals provided directly by non-profit organization during attendance at board meetings held in Issaquah, WA, on 5/17/05 and |
| 2. | | Alderbrook Manor, Washington, on 9/19 and 9/20, 2005. Total value estimated at $400.00. |
| 3. | | |
| 4. | | |
| 5. | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 6/22/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Wash. Mutual Savings Bank, (Account) | A | Interest | K | T | | | | | |
| 2. Raleigh Energy Corp. | | None | J | W | | | | | |
| 3. American Bar Endowment | E | Dividend/Int | P1 | T | | | | | |
| 4. US Bank, (Account) | A | Intereset | K | T | | | | | |
| 5. Union Elevator & Warehouse Company (Stock) | A | Dividend | J | W | | | | | |
| 6. American Express Bond Fund | A | Interest | K | T | | | | | |
| 7. King County, Washington Municipal Bond (X) | A | Interest | | | Sold | 8/12/ 2004 | K | | |
| 8. Real property in Yakima held with others | E | Rent | M | W | | | | | |
| 9. Land in Grant/Adams Counties-held with others | | None | | | Sold | 1/10 | K | B | Michaelsen 4 LLC |
| 10. Equitable | A | Interest | K | T | | | | | |
| 11. Northwestern Mutual Life Insurance Company | B | Dividend / Interest | K | T | | | | | |
| 12. Merrill Lynch Large Cap Value Fd CL C (IRA) (X) | A | Interest | J | T | | | | | |
| 13. Management Acct. #1 | | | | | | | | | |
| 14. -Aflac Inc. | A | Dividend | J | T | Part Sale | 1/21, 6/15 | J | A | |
| 15. -Allied Irish Bks | A | Dividend | J | T | Part Sale | 2/7 | J | A | |
| 16. -Altria Group, Inc. | A | Dividend | J | T | Part Sale | 1/27, 7/19 | J | A | |
| 17. -Amgen, Inc. | | None | J | T | Part Sale | 6/7, 6/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 6/22/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Applied Materials, Inc. | | None | | | Sale | 1/31, 4/21 | J | | |
| 19. -Conocophillips | A | Dividend | J | T | Part Sale | 1/27, 7/6 | J | A | |
| 20. -EOG Resources | A | Dividend | J | T | Part Sale | 1/27 | J | A | |
| 21. -Gannett Co. Inc. (X) | A | Dividend | | | Sale | 6/2 | J | | |
| 22. -Golden West Financial | A | Dividend | J | T | Part Sale | 1/27 | J | A | |
| 23. -HSBC Holdings PLC | A | Dividend | J | T | Part Sale | 1/27 | J | A | |
| 24. -Harley Davidson, Inc. | A | Dividend | | | Sale | 6/2 | J | | |
| 25. -Heineken (X) | A | Dividend | J | T | | | | | |
| 26. -Lexmark Intl Group, Inc. | A | Dividend | J | T | Part Sale | 1/27 | J | | |
| 27. -Eli Lilly & Co. | A | Dividend | | | Buy | 1/27 | J | | |
| 28. | | | | | Sale | 10/17 | J | | |
| 29. -Morgan Stanley & Co. | A | Dividend | | | Sale | 12/8 | J | A | |
| 30. -Network Appliance, Inc. | | None | J | T | Part. Sale | 1/31, 10/31 | J | A | |
| 31. -Occidental Pete Corp. | A | Dividend | J | T | Part Sale | 1/27 | J | A | |
| 32. -Qualcomm, Inc. | A | Dividend | J | T | Part Sale | 1/31 | J | | |
| 33. -Symantec Corp. | | None | | | Sale | 1/31, 10/18 | J | | |
| 34. -Xilinx, Inc. | A | Dividend | J | T | Part Sale | 1/31, 3/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" aft each asset exempt fr prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -Yahoo, Inc. | | None | J | T | Part Sale | 1/31, 4/28 | J | A | |
| 36. -Aon, Corp. | A | Dividend | J | T | | | | | |
| 37. -American Express Co. | A | Dividend | J | T | | | | | |
| 38. -Apollo Group Inc. | | None | J | T | | | | | |
| 39. -Autozone, Inc. | | None | | | Sale | 11/2 | J | A | |
| 40. -AXA-ADR | A | Dividend | J | T | | | | | |
| 41. -BP PLC SPONS ADR | A | Dividend | J | T | | | | | |
| 42. -Barclays PLC ADR | A | Dividend | J | T | | | | | |
| 43. -Berkshire Hathaway | | None | J | T | | | | | |
| 44. -Block H & R, Inc. | A | Dividend | J | T | | | | | |
| 45. -Cadbury Schweppes | A | Dividend | J | T | Part. Sale | 10/7 | J | A | |
| 46. -Canon, Inc. | A | Dividend | J | T | | | | | |
| 47. -Citigroup, Inc. | A | Dividend | J | T | | | | | |
| 48. -Costco Whsl Corp. | A | Dividend | J | T | | | | | |
| 49. -Commerce Bancorp, Inc. | A | Dividend | J | T | | | | | |
| 50. -Compagnie Financier | A | Dividend | | | Sale | 12/8 | J | B | |
| 51. -Credit Suisse Group | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,000 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 6/22/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Danske Bank | A | Dividend | J | T | | | | | |
| 53. -Dell, Inc. (X) | | None | J | T | | | | | |
| 54. -Devon Energy Corp. | A | Dividend | J | T | Part Sale | 7/12 | J | A | |
| 55. -Diageo PLC | A | Dividend | J | T | | | | | |
| 56. -Ebay, Inc. | | None | J | T | | | | | |
| 57. -Electronic Arts, Inc. | | None | J | T | | | | | |
| 58. -Enel Societa Per Azioni | | None | | | Sale | 5/10 | J | | |
| 59. -ENI S P A | A | Dividend | J | T | | | | | |
| 60. -Fifth Third Bancorp. | A | Dividend | J | T | | | | | |
| 61. -Genentech, Inc. | | None | J | T | Part Sale | 6/15, 12/14 | J | A | |
| 62. -General Electric Company | A | Dividend | J | T | | | | | |
| 63. -Glaxosmithkline PLC-ADR | A | Dividend | J | T | | | | | |
| 64. -HCA, Inc. | A | Dividend | J | T | | | | | |
| 65. -Hershey Foods Corp. | A | Dividend | J | T | | | | | |
| 66. -Roche Holdings Ltd. ADR | A | Dividend | | | Sale | 8/16 | J | B | |
| 67. -Iron Mtn, Inc., PA | | None | J | T | | | | | |
| 68. -KAO Corp-Sponsored ADR | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes: (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 6/22/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Lloyds TSB Group, PLC | A | Dividend | J | T | | | | | |
| 70. -Loews, Corp. | A | Dividend | J | T | Part Sale | 7/20 | J | A | |
| 71. -Microsoft, Corp. | A | Dividend | J | T | | | | | |
| 72. -Moody's Corp. | A | Dividend | J | T | | | | | |
| 73. -JPMorgan Chase & Co. | A | Dividend | J | T | | | | | |
| 74. -Nestle S A Reg Adr. | A | Dividend | J | T | | | | | |
| 75. -Nokia Corp. Sponsored ADR | A | Dividend | J | T | | | | | |
| 76. -Nomura Holdings, Inc. | A | Dividend | J | T | | | | | |
| 77. -Pixar | | None | J | T | | | | | |
| 78. -Progressive Corp. Ohio | A | Dividend | J | T | Part Sale | 10/12 | J | A | |
| 79. -Royal Dutch Pete Co. | A | Dividend | J | T | | | | | |
| 80. -San Paolo-IMI SPA | A | Dividend | J | T | | | | | |
| 81. -SANOFI-AVENTIS ADR | A | Dividend | J | T | | | | | |
| 82. -Schering AG-ADR | A | Dividend | J | T | | | | | |
| 83. -Sealed Air Corp. New | | None | J | T | | | | | |
| 84. -Societe Gen. Fr. Spon. ADR. | A | Dividend | J | T | | | | | |
| 85. -Siemens A G - ADR | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and C3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 6/22/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Starbucks Corp. | | None | J | T | Part Sale | 4/28 | J | A | |
| 87. -Swiss Reins Co. | A | Dividend | J | T | | | | | |
| 88. -Tesco PLC | A | Dividend | J | T | | | | | |
| 89. -Total S.A. Spons. ADR | A | Dividend | J | T | | | | | |
| 90. -Transatlantic Hldgs, Inc. | A | Dividend | J | T | | | | | |
| 91. -Tyco Intl. Ltd. New | A | Dividend | J | T | | | | | |
| 92. -UBS AG-REG | A | Dividend | J | T | Part Sale | 10/26 | J | A | |
| 93. -Unilever PLC Spons. ADR F | A | Dividend | J | T | Part Sale | 10/6 | J | A | |
| 94. -Vodafone Group Spons ADR | A | Dividend | J | T | | | | | |
| 95. -Vulcan Materials Co. | A | Dividend | J | T | | | | | |
| 96. -XM Satellite Radio | | None | J | T | | | | | |
| 97. -Adobe Systems, Inc. | | None | J | T | Buy | 6/21 | J | | |
| 98. -Amazon Com, Inc. | | None | J | T | Buy | 1/31 | J | | |
| 99. -American Intl Group, Inc. | A | Dividend | J | T | Buy | 1/27 | J | | |
| 100. -Avon Products, Inc. | A | Dividend | J | T | Buy | 7/21 | J | | |
| 101. -Cardinal Health, Inc. | A | Dividend | J | T | Buy | 1/27 | J | | |
| 102. -Google, Inc. | | None | J | T | Buy | 4/21 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 6/22/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Harley Davidson, Inc. | A | Dividend | J | T | Buy | 6/8 | J | | |
| 104. -Hoya Corp. | A | Dividend | J | T | Buy | 6/3 | J | | |
| 105. -Imperial TOB Group PLC | | None | J | T | Buy | 9/6 | J | | |
| 106. -Ishares S&P 500/BARRA VL | . | None | | | Buy | 1/18 | J | | |
| 107. | | | | | Sale | 1/27 | J | | |
| 108. -Marsh and McLennan | A | Dividend | J | T | Buy | 1/27 | J | | |
| 109. -Maxim Integrated Prods. | A | Dividend | J | T | Buy | 1/31 | J | | |
| 110. | | | | | Part Sale | 6/17, 8/30 | J | A | |
| 111. -Mitsubishi Financial ADR | | None | J | T | Buy | 10/6 | J | | |
| 112. -TNT NV-ADR | | None | J | T | Buy | 12/07 | J | | |
| 113. -Varian Medical Systems Inc. | | None | J | T | Buy | 12/05 | J | | |
| 114. -Vivendi Universal | A | Dividend | J | T | Buy | 2/10 | J | | |
| 115. -Wal-Mart Stores, Inc. | A | Dividend | J | T | Buy | 7/7 | J | | |
| 116. | | | | | Part Sale | 12/13 | J | | |
| 117. -Zurich Financial Svcs ADR | | None | J | T | Buy | 12/21 | J | | |
| 118. -Walgreen Company | A | Dividend | J | T | Part Sale | 10/31 | J | A | |
| 119. -Wells Fargo Company | A | Dividend | J | T | Part Sale | 1/27, 9/1 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Ameriprise Financial, Inc. (X) | A | Dividend | J | T | Buy | 8/23/ 2004 | J | | |
| 121. -Novaritis AG | A | Dividend | J | T | Part Sale | 2/4 | J | | |
| 122. -Comcast Corp. | | None | J | T | Part Sale | 1/27 | J | A | |
| 123. -Cisco Sys Inc. | | None | J | T | Part Sale | 6/21 | J | A | |
| 124. -United Parcel Service | A | Dividend | | | Sale | 1/27, 11/17 | J | A | |
| 125. Calvert Fd. Incm. Port-A | A | Interest/ Div. | J | T | | | | | |
| 126. General Electric Co. | A | Interest/ Div. | J | T | | | | | |
| 127. J.P. Morgan Chase 7%CAP X | A | Interest/ Div. | J | T | | | | | |
| 128. Solectron Corp. | A | Interest/ Div. | J | T | | | | | |
| 129. CA St Econ 5% 7/1/2010 | A | Interest/ Div. | J | T | | | | | |
| 130. Delaware 5.25% 4/1/2009 (X) | A | Interest/ Div. | K | T | | | | | |
| 131. FHLMC 5.75% 4/15/08 | A | Interest/ Div. | J | T | | | | | |
| 132. Tenn VY 5.375% 11/13/08 | A | Interest/ Div. | J | T | | | | | |
| 133. U S Treas 4.625% 05/15/06 | A | Interest/ Div. | J | T | | | | | |
| 134. Washington St. Pub. Pwr Supply Sys Nuclear PJ (X) | A | Interest/ Div. | K | T | | | | | |
| 135. Citigroup, Inc.* | A | Interest/ Div. | J | T | | | | | |
| 136. Deere & Co. | A | Interest/ Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 6/22/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Exxon Mobil Corp. | A | Interest / Div. | J | T | | | | | |
| 138. Merrill Lynch Lg. Cap Growth Fund CLI | A | Interest / Div. | J | T | | | | | |
| 139. Merrill Lynch Lg. Cap Value Fund CLI | A | Interest / Div. | J | T | | | | | |
| 140. Microsoft Corp. | A | Interest / Div. | J | T | | | | | |
| 141. J.P. Morgan Chase & Co. | A | Interest / Div. | J | T | | | | | |
| 142. Tyco, Intl Ltd. | A | Interest / Div. | J | T | | | | | |
| 143. FNMA 7.251% Note (X) | | None | | | Sale | 2/15 | J | | |
| 144. IRA #1 | B | Int/Dividend | L | T | | | | | |
| 145. -Calamos Growth FD CL A | | | | | | | | | |
| 146. -Causeway Intl. Value-Ins. | | | | | | | | | |
| 147. -Century Sm. Cap. Sel. Instl. | | | | | | | | | |
| 148. -Cambiar Opportunity Fd | | | | | Buy | 11/4 | J | | |
| 149. -FMI Focus Fund | | | | | | | | | |
| 150. -GS Finl. Sq. Mmket. Instl. | | | | | Sale | 1/24, 7/15 | J | A | |
| 151. -Hotchkis & Wiley MD CP-1 | | | | | | | | | |
| 152. -Julius Baer Intl. Eq. Cl. I | | | | | Part Sale | 7/15, 10/21 | J | A | |
| 153. -Kinetics Sm. Cap. Opptys | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Legg Mason Value Trust | | | | | | | | | |
| 155. -Royce Total Return Fd. | | | | | | | | | |
| 156. -TCW Galileo Sel Eqtys-1 | | | | | | | | | |
| 157. -TCW Galileo Vlu Opp. FD 1 | | | | | | | | | |
| 158. -Torray Institutional FD | | | | | Sale | 11/3 | J | A | |
| 159. -Vanguard/Windsor II | | | | | | | | | |
| 160. IRA #2 | B | Interest / Div. | L | T | | | | | |
| 161. -Calamos Groth Fd Cl A | | | | | | | | | |
| 162. -Causeway Intl Value-INS | | | | | | | | | |
| 163. -Century Sm. Cap. Sel. Instl. | | | | | | | | | |
| 164. -Cambiar Opportunity Fd | | | | | Buy | 11/4 | J | | |
| 165. -FMI Focus Fund | | | | | | | | | |
| 166. -GS Finl. Sq. Mmket. Instl. | | | | | Sale | 1/24, 7/15 | J | A | |
| 167. -Hotchkis & Wiley Md CP-1 | | | | | | | | | |
| 168. -Julius Baer Intl. Eq. Cl -1 | | | | | Part Sale | 7/15, 10/21 | J | A | |
| 169. -Kinetics Sm. Cap. Opptys. | | | | | | | | | |
| 170. -Legg Mason Value Trust | | | | | | | | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 171. -Royce Total Return FD | | | | | | | | | |
| 172. -TCW Galileo Sel Eqtys-1 | | | | | | | | | |
| 173. -TCW Galileo Vlu Opp. FD 1 | | | | | | | | | |
| 174. -Torray institutional Fd | | | | | Sale | 11/3 | J | A | |
| 175. -Vanguard/Windsor II | | | | | | | | | |
| 176. Management Acct. #2 | | | | | | | | | |
| 177. -Cohen & Steers Realty Shares, Inc. | A | Dividend | J | T | Buy | 3/11 | J | | |
| 178. | | | | | Part Sale | 11/3 | J | A | |
| 179. -Dodge & Cox Income Fund | A | Dividend | | | Buy | 3/11 | J | | |
| 180. | | | | | Sale | 6/2 | J | A | |
| 181. -First Eagle Sogen Gold | | None | | | Buy | 3/11 | J | | |
| 182. | | | | | Sale | 11/3 | J | A | |
| 183. -Julius Baer Intl Eq CL I | A | Dividend | J | T | Buy | 3/11 | J | | |
| 184. | | | | | Part Sale | 6/2, 11/3 | J | | |
| 185. -Pimco Fds Pac Invt | A | Dividend | J | T | Buy | 11/3 | J | | |
| 186. -Rowe Price Equity Income | A | Dividend | J | T | Buy | 3/11 | J | | |
| 187. | | | | | Part Sale | 3/15, 11/3 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Rydex Dynamic Tempst 500 | A | Dividend | J | T | Buy | 3/11 | J | | |
| 189. | | | | | Part Sale | 6/2 | J | | |
| 190. -Rydex Energy Svcs Invs | A | Dividend | J | T | Buy | 3/11 | J | | |
| 191. | | | | | Part Sale | 7/15 | J | A | |
| 192. -VBIF-Inter-Term Bond | B | Dividend | J | T | Buy | 6/3 | J | | |
| 193. | | | | | Part Sale | 11/3 | J | | |
| 194. -Vanguard BD Index FD | A | Dividend | | | Buy | 3/11- 6/1 | J | | |
| 195. | | | | | Sale | 4/15, 6/2 | J | A | |
| 196. -Index-Smallcap Stock | A | Dividend | J | T | Buy | 6/2 | J | | |
| 197. | | | | | Part Sale | 11/3 | J | A | |
| 198. -Vanguard Mid-Cap Indx I | A | Dividend | J | T | Buy | 3/11 | J | | |
| 199. | | | | | Part Sale | 11/3 | J | A | |
| 200. -VSP Prec Met & Mng FD | A | Dividend | J | T | Buy | 11/3 | J | | |
| 201. -Vanguard/Windsor II | A | Dividend | J | T | Buy | 3/11 | J | | |
| 202. | | | | | Part Sale | 11/3 | J | A | |
| 203. -Western Asset Core Bd-1 | A | Dividend | | | Buy | 3/11- 6/1 | J | | |
| 204. | | | | | Sale | 4/19- 6/2 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 6/22/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Page 4, line 7: Sale of stock inadvertently omitted from prior report.

2. Page 4, line 12: Inadvertently omitted from prior report.

3. Page 5, line 21: 2004 report of sale of this stock should have been "partial" only.

4. Page 5, line 25: 2004 report of sale of this stock shoul dhave been "partial" only.

5. Page 7, line 53: Inadvertently reported as sold in prior year report.

6. Page 11, line 120: Inadvertently omitted from prior report.

7. Page 11, line 130: Inadvertently duplicated in prior report.

8. Page 11, line 134: Inadvertently duplicated in prior report.

9. Page 11, line 135: Inadvertently omitted from prior report.

10. Page 12, line 143: Inadvertently omitted from prior report.

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date _6/23/06_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AN CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10<br>Rev. 1/2006 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2005** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Suko, Lonny R | 2. Court or Organization<br><br>U.S. District Court, EDWA | 3. Date of Report<br><br>4/27/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>U.S. District Court<br>P.O. Box 2726<br>Yakima, WA 98907-2726 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Advisory Council Member (non-compensated) | College of Liberal Arts, Washington State University; beginning 9/00 |
| 2. Trustee (non-compensated) | Washington Education Foundation (non-profit organization); beginning approximately 11/01/01. |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2006 MAY 2 P 3: 22

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 2005 | Part-time self employment as guardian ad litem |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| 1. | Washington Education Foundation | Lodging and meals provided directly by non-profit organization during attendance at board meetings held in Issaquah, WA, on 5/17/05 and |
| 2. | | Alderbrook Manor, Washington, on 9/19 and 9/20, 2005. Total value estimated at $400.00. |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 4/27/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 4/27/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wash. Mutual Savings Bank, (Account) | A | Interest | K | T | | | | | |
| 2. Raleigh Energy Corp. | | None | J | W | | | | | |
| 3. American Bar Endowment | E | Dividend/Int | P1 | T | | | | | |
| 4. US Bank, (Account) | A | Intereset | K | T | | | | | |
| 5. Union Elevator & Warehouse Company (Stock) | A | Dividend | J | W | | | | | |
| 6. American Express Bond Fund | A | Interest | K | T | | | | | |
| 7. King County, Washington Municipal Bond* | A | Interest | | | Sold | 8/12/ 2004 | K | | |
| 8. Real property in Yakima held with others | E | Rent | M | W | | | | | |
| 9. Land in Grant/Adams Counties-held with others | | None | | | Sold | 1/10 | K | B | Michaelsen 4 LLC |
| 10. Equitable | A | Interest | K | T | | | | | |
| 11. Northwestern Mutual Life Insurance Company | B | Dividend / Interest | K | T | | | | | |
| 12. Merrill Lynch Large Cap Value Fd CL C (IRA)** | A | Interest | J | T | | | | | |
| 13. Long Term II Div. Mgmt. Acct. | D | Dividend / Cap Gains | N | T | | | | | |
| 14. -Aflac Inc. | | | J | T | Part Sale | 1/21, 6/15 | J | A | |
| 15. -Allied Irish Bks | | | J | T | Part Sale | 2/7 | J | A | |
| 16. -Altria Group, Inc. | | | J | T | Part Sale | 1/27, 7/19 | J | A | |
| 17. -Amgen, Inc. | | | J | T | Part Sale | 6/7, 6/17 | J | | |

*Sale of stock inadvertently omitted from prior report.

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

**Inadvertently omitted from prior report.

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 4/27/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Applied Materials, Inc. | | | | | Sale | 1/31, 4/21 | J | | |
| 19. -Conocophillips | | | J | T | Part Sale | 1/27, 7/6 | J | A | |
| 20. -EOG Resources | | | J | T | Part Sale | 1/27 | J | A | |
| 21. -Gannett Co. Inc.* | | | | | Sale | 6/2 | J | | |
| 22. -Golden West Financial | | | J | T | Part Sale | 1/27 | J | A | |
| 23. -HSBC Holdings PLC | | | J | T | Part Sale | 1/27 | J | A | |
| 24. -Harley Davidson, Inc. | | | | | Sale | 6/2 | J | | |
| 25. -Heineken* | | | J | T | | | | | |
| 26. -Lexmark Intl Group, Inc. | | | J | T | Part Sale | 1/27 | J | | |
| 27. -Eli Lilly & Co. | | | | | Buy | 1/27 | J | | |
| 28. -Eli Lilly & Co | | | | | Sale | 10/17 | J | | |
| 29. -Morgan Stanley & Co. | | | | | Sale | 12/8 | J | A | |
| 30. -Network Appliance, Inc. | | | J | T | Part. Sale | 1/31, 10/31 | J | A | |
| 31. -Occidental Pete Corp. | | | J | T | Part Sale | 1/27 | J | A | |
| 32. -Qualcomm, Inc. | | | J | T | Part Sale | 1/31 | J | | |
| 33. -Symantec Corp. | | | | | Sale | 1/31, 10/18 | J | | |
| 34. -Xilinx, Inc. | | | J | T | Part Sale | 1/31, 8/11 | J | | |

*2004 report of sale of this stock should have been "partial" only.

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 4/27/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Yahoo, Inc. | | | J | T | Part Sale | 1/31, 4/28 | J | A | |
| 36. -Aon, Corp. | | | J | T | | | | | |
| 37. -American Express Co. | | | J | T | | | | | |
| 38. -Apollo Group Inc. | | | J | T | | | | | |
| 39. -Autozone, Inc. | | | | | Sale | 11/2 | J | A | |
| 40. -AXA-ADR | | | J | T | | | | | |
| 41. -BP PLC SPONS ADR | | | J | T | | | | | |
| 42. -Barclays PLC ADR | | | J | T | | | | | |
| 43. -Berkshire Hathaway | | | J | T | | | | | |
| 44. -Block H & R, Inc. | | | J | T | | | | | |
| 45. -Cadbury Schweppes | | | J | T | Part. Sale | 10/7 | J | A | |
| 46. -Canon, Inc. | | | J | T | | | | | |
| 47. -Citigroup, Inc. | | | J | T | | | | | |
| 48. -Costco Whsl Corp. | | | J | T | | | | | |
| 49. -Commerce Bancorp, Inc. | | | J | T | | | | | |
| 50. -Compagnie Financier | | | | | Sale | 12/8 | J | B | |
| 51. -Credit Suisse Group | | | J | T | | | | | |

1. Income Gain Codes: A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
3. Value Method Codes   P3 =$25,000,001 - $50,000,000   R =Cost (Real Estate Only)   P4 =More than $50,000,000   T =Cash Market
(See Column C2)   Q =Appraisal   V =Other   S =Assessment
U =Book Value   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 4/27/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Danske Bank | | | J | T | | | | | |
| 53. -Dell, Inc.* | | | J | T | | | | | |
| 54. -Devon Energy Corp. | | | J | T | Part Sale | 7/12 | J | A | |
| 55. -Diageo PLC | | | J | T | | | | | |
| 56. -Ebay, Inc. | | | J | T | | | | | |
| 57. -Electronic Arts, Inc. | | | J | T | | | | | |
| 58. -Enel Societa Per Azioni | | | | | Sale | 5/10 | J | | |
| 59. -ENI S P A | | | J | T | | | | | |
| 60. -Fifth Third Bancorp. | | | J | T | | | | | |
| 61. -Genentech, Inc. | | | J | T | Part Sale | 6/15, 12/14 | J | A | |
| 62. -General Electric Company | | | J | T | | | | | |
| 63. -Glaxosmithkline PLC-ADR | | | J | T | | | | | |
| 64. -HCA, Inc. | | | J | T | | | | | |
| 65. -Hershey Foods Corp. | | | J | T | | | | | |
| 66. -Roche Holdings Ltd. ADR | | | | | Sale | 8/16 | J | B | |
| 67. -Iron Mtn, Inc., PA | | | J | T | | | | | |
| 68. -KAO Corp-Sponsored ADR | | | J | T | | | | | |

*Inadvertently reported as sold in prior year report.

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 4/27/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Lloyds TSB Group, PLC | | | J | T | | | | | |
| 70. -Loews, Corp. | | | J | T | Part Sale | 7/20 | J | A | |
| 71. -Microsoft, Corp. | | | J | T | | | | | |
| 72. -Moody's Corp. | | | J | T | | | | | |
| 73. -JPMorgan Chase & Co. | | | J | T | | | | | |
| 74. -Nestle S A Reg Adr. | | | J | T | | | | | |
| 75. -Nokia Corp. Sponsored ADR | | | J | T | | | | | |
| 76. -Nomura Holdings, Inc. | | | J | T | | | | | |
| 77. -Pixar | | | J | T | | | | | |
| 78. -Progressive Corp. Ohio | | | J | T | Part Sale | 10/12 | J | A | |
| 79. -Royal Dutch Pete Co. | | | J | T | | | | | |
| 80. -San Paolo-IMI SPA | | | J | T | | | | | |
| 81. -SANOFI-AVENTIS ADR | | | J | T | | | | | |
| 82. -Schering AG-ADR | | | J | T | | | | | |
| 83. -Sealed Air Corp. New | | | J | T | | | | | |
| 84. -Societe Gen. Fr. Spon. ADR. | | | J | T | | | | | |
| 85. -Siemens A G - ADR | | | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 4/27/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Starbucks Corp. | | | J | T | Part Sale | 4/28 | J | A | |
| 87. -Swiss Reins Co. | | | J | T | | | | | |
| 88. -Tesco PLC | | | J | T | | | | | |
| 89. -Total S.A. Spons. ADR | | | J | T | | | | | |
| 90. -Transatlantic Hldgs, Inc. | | | J | T | | | | | |
| 91. -Tyco Intl. Ltd. New | | | J | T | | | | | |
| 92. -UBS AG-REG | | | J | T | Part Sale | 10/26 | J | A | |
| 93. -Unilever PLC Spons. ADR F | | | J | T | Part Sale | 10/6 | J | A | |
| 94. -Vodafone Group Spons ADR | | | J | T | | | | | |
| 95. -Vulcan Materials Co. | | | J | T | | | | | |
| 96. -XM Satellite Radio | | | J | T | | | | | |
| 97. -Adobe Systems, Inc. | | | J | T | Buy | 6/21 | J | | |
| 98. -Amazon Com, Inc. | | | J | T | Buy | 1/31 | J | | |
| 99. -American Intl Group, Inc. | | | J | T | Buy | 1/27 | J | | |
| 100. -Avon Products, Inc. | | | J | T | Buy | 7/21 | J | | |
| 101. -Cardinal Health, Inc. | | | J | T | Buy | 1/27 | J | | |
| 102. -Google, Inc. | | | J | T | Buy | 4/21 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 4/27/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. -Harley Davidson, Inc. | | | J | T | Buy | 6/8 | J | | |
| 104. -Hoya Corp. | | | J | T | Buy | 6/3 | J | | |
| 105. -Imperial TOB Group PLC | | | J | T | Buy | 9/6 | J | | |
| 106. -Ishares S&P 500/BARRA VL | | | | | Buy | 1/18 | J | | |
| 107. -Ishares S&P 500/BARRA VL | | | | | Sale | 1/27 | J | | |
| 108. -Marsh and McLennan | | | J | T | Buy | 1/27 | J | | |
| 109. -Maxim Integrated Prods. | | | | | Buy | 1/31 | J | | |
| 110. -Maxim Integrated Prods. | | | J | T | Part Sale | 6/17, 8/30 | J | A | |
| 111. -Mitsubishi Financial ADR | | | J | T | Buy | 10/6 | J | | |
| 112. -TNT NV-ADR | | | J | T | Buy | 12/07 | J | | |
| 113. -Varian Medical Systems Inc. | | | J | T | Buy | 12/05 | J | | |
| 114. -Vivendi Universal | | | J | T | Buy | 2/10 | J | | |
| 115. -Wal-Mart Stores, Inc. | | | | | Buy | 7/7 | J | | |
| 116. -Wal-Mart Stores, Inc. | | | J | T | Part Sale | 12/13 | J | | |
| 117. -Zurich Financial Svcs ADR | | | J | T | Buy | 12/21 | J | | |
| 118. -Walgreen Company | | | J | T | Part Sale | 10/31 | J | A | |
| 119. -Wells Fargo Company | | | J | T | Part Sale | 1/27, 9/1 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 4/27/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -American Financial, Inc.* | | | J | T | Buy | 8/23/ 2004 | J | | |
| 121. -Novaritis AG | | | J | T | Part Sale | 2/4 | J | | |
| 122. -Comcast Corp. | | | J | T | Part Sale | 1/27 | J | A | |
| 123. -Cisco Sys Inc. | | | J | T | Part Sale | 6/21 | J | A | |
| 124. -United Parcel Service | | | | | Sale | 1/27, 11/17 | J | A | |
| 125. Calvert Fd. Incm. Port-A | A | Interest / Div. | J | T | | | | | |
| 126. General Electric Co. | A | Interest / Div. | J | T | | | | | |
| 127. J.P. Morgan Chase 7%CAP X | A | Interest / Div. | J | T | | | | | |
| 128. Solectron Corp. | A | Interest / Div. | J | T | | | | | |
| 129. CA St Econ 5% 7/1/2010 | A | Interest / Div. | J | T | | | | | |
| 130. Delaware 5.25% 4/1/2009** | A | Interest / Div. | K | T | | | | | |
| 131. FHLMC 5.75% 4/15/08 | A | Interest / Div. | J | T | | | | | |
| 132. Tenn VY 5.375% 11/13/08 | A | Interest / Div. | J | T | | | | | |
| 133. U S Treas 4.625% 05/15/06 | A | Interest / Div. | J | T | | | | | |
| 134. Washington St. 6.00%09** | A | Interest / Div. | K | T | | | | | |
| 135. Citigroup, Inc.* | A | Interest / Div. | J | T | | | | | |
| 136. Deere & Co. | A | Interest / Div. | J | T | | | | | |

*Inadvertently omitted from prior report.*

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

**Inadvertently duplicated in prior report.**

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 4/27/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code I (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Exxon Mobil Corp. | A | Interest / Div. | J | T | | | | | |
| 138. Merrill Lynch Lg. Cap Growth Fund CLI | A | Interest / Div. | J | T | | | | | |
| 139. Merrill Lynch Lg. Cap Value Fund CLI | A | Interest / Div. | J | T | | | | | |
| 140. Microsoft Corp. | A | Interest / Div. | J | T | | | | | |
| 141. J.P. Morgan Chase & Co. | A | Interest / Div. | J | T | | | | | |
| 142. Tyco, Intl Ltd. | A | Interest / Div. | J | T | | | | | |
| 143. FNMA 7.251% Note* | | None | | | Sale | 2/15 | J | | |
| 144. IRA #1 | B | Int/Dividend | L | T | | | | | |
| 145. -Calamos Growth FD CL A | | | J | T | | | | | |
| 146. -Causeway Intl. Value-Ins. | | | J | T | | | | | |
| 147. -Century Sm. Cap. Sel. Instl. | | | J | T | | | | | |
| 148. -Cambiar Opportunity Fd | | | J | T | Buy | 11/4 | J | | |
| 149. -FMI Focus Fund | | | J | T | | | | | |
| 150. -GS Finl. Sq. Mmket. Instl. | | | | | Sale | 1/24, 7/15 | J | A | |
| 151. -Hotchkis & Wiley MD CP-1 | | | J | T | | | | | |
| 152. -Julius Baer Intl. Eq. Cl. I | | | J | T | Part Sale | 7/15, 10/21 | J | A | |
| 153. -Kinetics Sm. Cap. Opptys | | | J | T | | | | | |

*Inadvertently omitted from prior report.

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,000 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 4/27/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Legg Mason Value Trust | | | J | T | | | | | |
| 155. -Royce Total Return Fd. | | | J | T | | | | | |
| 156. -TCW Galileo Sel Eqtys-1 | | | J | T | | | | | |
| 157. -TCW Galileo Vlu Opp. FD 1 | | | J | T | | | | | |
| 158. -Torray Institutional FD | | | | | Sale | 11/3 | J | A | |
| 159. -Vanguard/Windsor II | | | J | T | | | | | |
| 160. IRA #2 | B | Interest/ Div. | L | T | | | | | |
| 161. -Calamos Groth Fd Cl A | | | J | T | | | | | |
| 162. -Causeway Intl Value-INS | | | J | T | | | | | |
| 163. -Century Sm. Cap. Sel. Instl. | | | J | T | | | | | |
| 164. -Cambiar Opportunity Fd | | | J | T | Buy | 11/4 | J | | |
| 165. -FMI Focus Fund | | | J | T | | | | | |
| 166. -GS Finl. Sq. Mmket. Instl. | | | | | Sale | 1/24, 7/15 | J | A | |
| 167. -Hotchkis & Wiley Md CP-1 | | | J | T | | | | | |
| 168. -Julius Baer Intl. Eq. Cl -1 | | | J | T | Part Sale | 7/15, 10/21 | J | A | |
| 169. -Kinetics Sm. Cap. Opptys. | | | J | T | | | | | |
| 170. -Legg Mason Value Trust | | | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 4/27/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. -Royce Total Return FD | | | J | T | | | | | |
| 172. -TCW Galileo Sel Eqtys-1 | | | J | T | | | | | |
| 173. -TCW Galileo Vlu Opp. FD 1 | | | J | T | | | | | |
| 174. -Torray institutional Fd | | | | | Sale | 11/3 | J | A | |
| 175. -Vanguard/Windsor II | | | J | T | | | | | |
| 176. Fund Mgmt. Account | C | Dividend/ Int. | M | T | | | | | |
| 177. -Cohen & Steers Realty Shares, Inc. | | | | | Buy | 3/11 | J | | |
| 178. -Cohen & Steers Realty Shares, Inc. | | | J | T | Part Sale | 11/3 | J | A | |
| 179. -Dodge & Cox Income Fund | | | | | Buy | 3/11 | J | | |
| 180. -Dodge & Cox Income Fund | | | | | Sale | 6/2 | J | A | |
| 181. -First Eagle Sogen Gold | | | | | Buy | 3/11 | J | | |
| 182. -First Eagle Sogen Gold | | | | | Sale | 11/3 | J | A | |
| 183. -Julius Baer Intl Eq CL I | | | | | Buy | 3/11 | J | | |
| 184. -Julius Baer Intl Eq CL I | | | J | T | Part Sale | 6/2, 11/3 | J | | |
| 185. -Pimco Fds Pac Invt | | | J | T | Buy | 11/3 | J | | |
| 186. -Rowe Price Equity Income | | | | | Buy | 3/11 | J | | |
| 187. -Rowe Price Equity Income | | | J | T | Part Sale | 3/15, 11/3 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 4/27/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. -Rydex Dynamic Tempst 500 | | | | | Buy | 3/11 | J | | |
| 189. -Rydex Dynamic Tempst 500 | | | J | T | Part Sale | 6/2 | J | | |
| 190. -Rydex Energy Svcs Invs | | | | | Buy | 3/11 | J | | |
| 191. -Rydex Energy Svcs Invs | | | J | T | Part Sale | 7/15 | J | A | |
| 192. -VBIF-Inter-Term Bond | | | | | Buy | 6/3 | J | | |
| 193. -VBIF-Inter-Term Bond | | | J | T | Part Sale | 11/3 | J | | |
| 194. -Vanguard BD Index FD | | | | | Buy | 3/11-6/1 | J | | |
| 195. -Vanguard BD Index FD | | | | | Sale | 4/15, 6/2 | J | A | |
| 196. -Index-Smallcap Stock | | | | | Buy | 6/2 | J | | |
| 197. -Index-Smallcap Stock | | | J | T | Part Sale | 11/3 | J | A | |
| 198. -Vanguard Mid-Cap Indx I | | | | | Buy | 3/11 | J | | |
| 199. -Vanguard Mid-Cap Indx I | | | J | T | Part Sale | 11/3 | J | A | |
| 200. -VSP Prec Met & Mng FD | | | | | Buy | 11/3 | J | | |
| 201. -Vanguard/Windsor II | | | | | Buy | 3/11 | J | | |
| 202. -Vanguard/Windsor II | | | J | T | Part Sale | 11/3 | J | A | |
| 203. -Western Asset Core Bd-1 | | | | | Buy | 3/11-6/1 | J | | |
| 204. -Western Asset Core Bd-1 | | | | | Sale | 4/19-6/2 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 4/27/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ███████████████          Date 4/28/06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544